**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| PHILLIP HOLLIE,          Plaintiff, | § § § | |
| vs. | § § | Civil Action No. 3:15-CV-3650-D |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,          Defendant. | § § § § § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    Plaintiff, Phillip Hollie, and Defendant, Allstate Vehicle and Property Insurance Company, have reached a settlement in this matter. Plaintiff and Defendant will submit an agreed motion of dismissal with prejudice within 60 days.

    Respectfully submitted,

By: _/s/ Ana M. Ene_
    Ana Ene
    Texas Bar No. 24076368
    aene@dalyblack.com
    Richard D. Daly
    Texas Bar No. 00796429
    Southern District Bar No. 20706
    rdaly@dalyblack.com
    **DALY & BLACK, P.C.**
    2211 Norfolk St., Suite 800
    Houston, Texas 77098
    (713) 655-1405
    (713) 655-1587 (Fax)
    Email for Service: ecfs@dalyblack.com

**ATTORNEYS FOR PLAINTIFF
PHILLIP HOLLIE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing document in accordance with the federal rules by serving it using the Court's ECF filing system on this day of August 19, 2016.

David G. Allen
**Stacy & Conder, LLP**
901 Main Street, Suite 6200
Dallas, Texas 75202
Tel: (214) 748-5000
Fax: (214) 748-1421
allen@stacyconder.com

**ATTORNEY FOR DEFENDANT
ALLSTATE VEHICLE AND
PROPERTY INSURANCE COMPANY**

                                          */s/ Ana M. Ene*
                                           Ana M. Ene